UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X

UNITED STATES OF AMERICA,

                Plaintiff,

  -against-

JAKIW PALIJ,

                Defendant.

-------------------------------------------------------------- X

FILED
IN CLERKS OFFICE
U.S ____ N.Y.
★ MAY 27 2003 ★
P.M. ____

02 CV 2802 (ARR)

NOT FOR PUBLICATION

ORDER

ROSS, United States District Judge:

    The court has reviewed the parties' pre-motion letters concerning the Government's proposed motion for summary judgment and grants permission to bring the motion.

    The court directs that Government's motion shall be briefed as follows: the Government's motion and supporting papers shall be served no later than June 16, 2003; defendant's opposition papers shall be served no later than June 30, 2003; the Government's reply papers, if any, shall be served no later than July 7, 2003. The fully-briefed motion shall be filed in accordance with chambers' rules, including courtesy copies for chambers, no later than July 8, 2003. This schedule may be altered only with the permission of the court.

    SO ORDERED.

                                            Allyne R. Ross
                                            United States District Judge

Dated:    May 22, 2003
              Brooklyn, New York

SERVICE LIST:

*Counsel for Plaintiff*
Steven J. Kim
United States Attorney's Office
Eastern District of New York
One Pierrepont Plaza, 14th floor
Brooklyn, NY 11201

Jonathan C. Drimmer
Office of Special Investigations
U.S. Department of Justice, Criminal Division
10th & Constitution Avenues, NW
Keeney Bldg., #200
Washington, DC 20530

*Counsel for Defendant*
Ivars Berzins
Law Offices of Ivars Berzins P.C.
484 West Main Street
Babylon, NY 11702

cc:   Magistrate Judge Viktor V. Pohorelsky