UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

        Plaintiff,

 -against-

JAKIW PALIJ,

        Defendant.
-----------------------------------------------------------X

JUDGMENT
02-CV- 2802 (ARR)

  An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 31, 2003, granting the government's motion for summary judgment; revoking the United States citizenship of defendant, Jakiw Palij; setting aside the April 22, 1957, order of the United States District Court for the Southern District of New York admitting defendant to citizenship; and canceling Certificate of Naturalization No. 7932752 issued pursuant to that order; it is

  ORDERED and ADJUDGED that judgment is hereby entered that the government's motion for summary judgment is granted; that the United States citizenship of defendant, Jakiw Palij, is revoked; that the April 22, 1957 order of the United States District Court for the Southern District of New York admitting defendant to citizenship is set aside; and that Certificate of Naturalization No. 7932752 issued pursuant to that order is cancelled.

Dated: Brooklyn, New York
   August 1, 2003

                 ROBERT C. HEINEMANN
                 Clerk of Court