UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

                Plaintiff,

    -against-

JAKIW PALIJ,

             Defendant.
-----------------------------------------------------------------X

AMENDED
JUDGMENT
02-CV- 2802 (ARR)

An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on July 31, 2003, and an Amended Opinion and Order filed on August 19, 2003, granting the government's motion for summary judgment; revoking the United States citizenship of defendant, Jakiw Palij; setting aside the April 22, 1957, order of the United States District Court for the Southern District of New York admitting defendant to citizenship; and canceling Certificate of Naturalization No. 7932752 issued pursuant to that order; it is

ORDERED and ADJUDGED that judgment is hereby entered that the government's motion for summary judgment is granted; that the United States citizenship of defendant, Jakiw Palij, is revoked; that the April 22, 1957 order of the United States District Court for the Southern District of New York admitting defendant to citizenship is set aside; and that Certificate of Naturalization No. 7932752 issued pursuant to that order is cancelled.

Dated: Brooklyn, New York
       August 20, 2003

ROBERT C. HEINEMANN
CLERK OF COURT

By: _____

JAMES GIOKAS
CHIEF DEPUTY CLERK